**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-57225-PSH |
| | § | |
| JORGE BONETA | § | |
| MARIBEL MARTINEZ BONETA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/07/2012, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/09/2012                    By:  /s/ David P. Leibowitz
                                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-57225-PSH |
| | § | |
| JORGE BONETA | § | |
| MARIBEL MARTINEZ BONETA | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*            $5,064.10
*and approved disbursements of*            $60.98
*leaving a balance on hand of[1]:*            $5,003.12

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,003.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,254.30 | $0.00 | $1,254.30 |
| David P. Leibowitz, Trustee Expenses | $78.68 | $0.00 | $78.68 |

Total to be paid for chapter 7 administrative expenses:     $1,332.98
Remaining balance:     $3,670.14

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Remaining balance: | $3,670.14 |
|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $3,670.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $51,173.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $2,104.86 | $0.00 | $150.97 |
| 2 | Chase Bank USA, N.A. | $5,178.45 | $0.00 | $371.40 |
| 3 | Chase Bank USA, N.A. | $450.42 | $0.00 | $32.30 |
| 4 | Chase Bank USA, N.A. | $10,435.36 | $0.00 | $748.42 |
| 5 | Chase Bank USA, N.A. | $9,640.37 | $0.00 | $691.41 |
| 7 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $6,237.38 | $0.00 | $447.34 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $10,597.01 | $0.00 | $760.02 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $1,767.45 | $0.00 | $126.76 |
| 10 | GE Money Bank/Old Navy | $1,899.34 | $0.00 | $136.22 |
| 11 | GE Money Bank/ SELECT COMFORT/GEMB | $1,549.43 | $0.00 | $111.12 |
| 12 | GE Money Bank/QCard | $1,313.18 | $0.00 | $94.18 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $3,670.14 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 10-57225-PSH
Jorge Boneta                                                        Chapter 7
Maribel Martinez Boneta
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: adragonet            Page 1 of 3           Date Rcvd: Jan 10, 2012
                              Form ID: pdf006            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2012.
db/jdb        +Jorge Boneta,    Maribel Martinez Boneta,    1608 Mandel,    Westchester, IL 60154-4120
16604965      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
16604966      +Bank Of America,    Po Box 84006,    Columbus, GA 31908-4006
16604967      +Bank One,   1 N Dearborn Suite 0203,    Chicago, IL 60670-0001
16604970     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
16604979     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    999 Oakmont Plaza Dr,    Westmont, IL 60559)
16604969      +Caf,   2040 Thalbro St,    Richmond, VA 23230-3200
17003039       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
                Oklahoma City, OK 73124-8839
16604971      +Carmaxfin,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
16604972      +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
16604978      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
16992597       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16604980      +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
16604982      +Citi Rpl,   Po Box 6497,    Sioux Falls, SD 57117-6497
16604983      +Codilis and Associates,    15W030 North Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
16604984       Consecofin,    345 St Peter/900 Landmk,   Saint Paul, MN 55102
16604987      +Fia Csna,   Po Box 17054,    Wilmington, DE 19850-7054
16604988      +Frd Motor Cr,    Pob 542000,   Omaha, NE 68154-8000
16604989       Gemb/Debtc,    200 W 14th St Ste 150,   Tempe, AZ 85281
16604993      +Gmac Mort.,    3451 Hammond Ave Po Box 4622,    Waterloo, IA 50704-4622
16604995      +Goodyearcbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
16604998      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
16604999      +Hsbc/Bstby,    1405 Foulk Road,   Wilmington, DE 19803-2769
16605000      +Hsbc/Carsn,    Po Box 15521,   Wilmington, DE 19850-5521
16605001      +Hsbc/Menards,    Pob 15521,   Wilmington, DE 19850-5521
16605002      +Ntl City Mtg,    3232 Newark Dr,   Miamisburg, OH 45342-5421
16605004      +Peoples Engy,    130 E Randolph,   Chicago, IL 60601-6302
16605005      +Rnb-Fields3,    Po Box 9475,   Minneapolis, MN 55440-9475
16605010      +Sst/Jpmc,   4315 Pickett Road,    St Joseph, MO 64503-1600
16605011      +Thd/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
16605012      +Usa Servicing Company,    11100 Usa Pkwy,   Fishers, IN 46037-9203
16605016      +Wfnnb/Express,    4590 E Broad St,   Columbus, OH 43213-1301
16605017      +Wfnnb/Lane Bryant,    4590 E Broad St,   Columbus, OH 43213-1301
16605018      +Wfnnb/Lanebr,    Po Box 182789,   Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16604962      +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44      Abt Tv/Gemb,    Po Box 981439,
                El Paso, TX 79998-1439
16604985      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2012 04:23:00      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
17296009       E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16604990      +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44      Gemb/Jcp,    Po Box 981402,
                El Paso, TX 79998-1402
16604991      +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44      Gemb/Old Navy,    Po Box 981400,
                El Paso, TX 79998-1400
16604992      +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44      Gemb/Qvc,    Po Box 971402,
                El Paso, TX 79997-1402
16604996      +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 11 2012 03:06:41      Hd Credit,    222 W Adams,
                Chicago, IL 60606-5312
17156299      +E-mail/Text: resurgentbknotifications@resurgent.com Jan 11 2012 03:06:46
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
16604964       E-mail/PDF: cbp@slfs.com Jan 11 2012 04:22:31     Amer Gen Fin,    1409 West Lake St.,
                Addison, IL 60101
16604963       E-mail/PDF: cbp@slfs.com Jan 11 2012 04:22:30     Amer Gen Fin,    P O Box 59,
                Evansville, IN 47701
16605006      +E-mail/PDF: pa_dc_claims@salliemae.com Jan 11 2012 04:24:57      Sallie Mae,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
16605007      +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:43      Select/Gemb,    Po Box 981439,
                El Paso, TX 79998-1439
16605009      +E-mail/Text: lbuneta@sovereignbank.com Jan 11 2012 03:12:41      Sovereign,
                1130 Berkshire Blvd 3rd Floor,    Wyomissing, PA 19610-1242
                                                                                              TOTAL: 13
```

```
District/off: 0752-1            User: adragonet              Page 2 of 3                  Date Rcvd: Jan 10, 2012
                                Form ID: pdf006              Total Noticed: 47


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16604973*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16604974*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16604975*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16604976*     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
16604977*     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
16604981*     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
16604986*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
16604994*     +Gmac Mort.,    3451 Hammond Ave Po Box 4622,    Waterloo, IA 50704-4622
16604997*     +Hd Credit,    222 W Adams,   Chicago, IL 60606-5312
16605003*     +Ntl City Mtg,    3232 Newark Dr,   Miamisburg, OH 45342-5421
16605008*     +Select/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
16605013*     +Usa Servicing Company,    11100 Usa Pkwy,    Fishers, IN 46037-9203
16605014*     +Usa Servicing Company,    11100 Usa Pkwy,    Fishers, IN 46037-9203
16605015*     +Usa Servicing Company,    11100 Usa Pkwy,    Fishers, IN 46037-9203
16604968    ##+Bk Of Amer,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                               TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2012**                           **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet          Page 3 of 3          Date Rcvd: Jan 10, 2012
                              Form ID: pdf006          Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2012 at the address(es) listed below:

```
          Cari A Kauffman    on behalf of Creditor   GMAC Mortgage, LLC ND-Four@il.cslegal.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          George J Koulogeorge     on behalf of Debtor Jorge Boneta bankruptcy@attorneychicago.com
          Michael N Burke    on behalf of Debtor Jorge Boneta therman.bankruptcy@gmail.com
          Monette W Cope    on behalf of Creditor   Wells Fargo Bank, N.A. ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                         TOTAL: 6
```