**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-57225-PSH |
| | § | |
| JORGE BONETA | § | |
| MARIBEL MARTINEZ BONETA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $154,250.00 | Assets Exempt: | $80,236.74 |
| Total Distributions to Claimants: | $3,670.14 | Claims Discharged Without Payment: | $49,125.11 |
| Total Expenses of Administration: | $1,372.89 | | |

3)      Total gross receipts of $5,064.10  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $21.07 (see **Exhibit 2**), yielded net receipts of $5,043.03 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $244,513.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,372.89 | $1,372.89 | $1,372.89 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $49,563.00 | $51,173.25 | $51,173.25 | $3,670.14 |
| **Total Disbursements** | $294,076.00 | $52,546.14 | $52,546.14 | $5,043.03 |

4). This case was originally filed under chapter 7 on 12/29/2010. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2012                    By:   /s/ David P. Leibowitz
                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1997 International Cabover 600000+ miles | 1129-000 | $2,500.00 |
| 2010 Federal Tax Refund | 1224-000 | $2,564.00 |
| Interest Asset | 1270-000 | $0.10 |
| **TOTAL GROSS RECEIPTS** | | $5,064.10 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Jorge Boneta & Maribel Martinez Boneta | Exemptions | 8100-002 | $21.07 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $21.07 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caf | 4110-000 | $8,772.00 | NA | $0.00 | $0.00 |
| | Gmac Mort. | 4110-000 | $199,049.00 | NA | $0.00 | $0.00 |
| | Gmac Mort. | 4110-000 | $36,692.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $244,513.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,254.30 | $1,254.30 | $1,254.30 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $78.68 | $78.68 | $78.68 |
| Green Bank | 2600-000 | NA | $39.91 | $39.91 | $39.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,372.89 | $1,372.89 | $1,372.89 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-900 | $1,953.00 | $2,104.86 | $2,104.86 | $150.97 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $4,899.00 | $5,178.45 | $5,178.45 | $371.40 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $425.00 | $450.42 | $450.42 | $32.30 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $10,006.00 | $10,435.36 | $10,435.36 | $748.42 |
| 5 | Chase Bank USA, N.A. | 7100-900 | $8,937.00 | $9,640.37 | $9,640.37 | $691.41 |
| 6 | Capital One Bank (USA), N.A. | 7100-900 | $737.00 | $0.00 | $0.00 | $0.00 |
| 7 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-000 | $6,065.00 | $6,237.38 | $6,237.38 | $447.34 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $10,331.00 | $10,597.01 | $10,597.01 | $760.02 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | NA | $1,767.45 | $1,767.45 | $126.76 |
| 10 | GE Money Bank/Old Navy | 7100-900 | $1,838.00 | $1,899.34 | $1,899.34 | $136.22 |
| 11 | GE Money Bank/ SELECT COMFORT/GEM B | 7100-900 | $1,549.00 | $1,549.43 | $1,549.43 | $111.12 |
| 12 | GE Money Bank/QCard | 7100-900 | $1,201.00 | $1,313.18 | $1,313.18 | $94.18 |
|  | Abt Tv/Gemb | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Amer Gen Fin | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Amer Gen Fin | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Amex | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Bank Of America | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Bank One | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Bk Of Amer | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Carmaxfin | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chrysler Financial | 7100-000 | $0.00 | NA | NA | $0.00 |
| Citi Rpl | 7100-000 | $0.00 | NA | NA | $0.00 |
| Consecofin | 7100-000 | $0.00 | NA | NA | $0.00 |
| Discover Fin Svcs Llc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Discover Fin Svcs Llc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Fia Csna | 7100-000 | $0.00 | NA | NA | $0.00 |
| Frd Motor Cr | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/Debtc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/Jcp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Goodyearcbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hd Credit | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hd Credit | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/Bstby | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/Carsn | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/Menards | 7100-000 | $0.00 | NA | NA | $0.00 |
| Ntl City Mtg | 7100-000 | $0.00 | NA | NA | $0.00 |
| Ntl City Mtg | 7100-000 | $0.00 | NA | NA | $0.00 |
| Peoples Engy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rnb-Fields3 | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $0.00 | NA | NA | $0.00 |
| Select/Gemb | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sst/Jpmc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Thd/Cbsd | 7100-000 | $1,622.00 | NA | NA | $0.00 |
| Usa Servicing Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| Usa Servicing Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| Usa Servicing Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| Usa Servicing Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/Express | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/Lane Bryant | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/Lanebr | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | **$49,563.00** | **$51,173.25** | **$51,173.25** | **$3,670.14** |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

| Case No.: | 10-57225-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BONETA, JORGE  AND BONETA, MARIBEL MARTINEZ | Date Filed (f) or Converted (c): | 12/29/2010 (f) |
| For the Period Ending: | 5/10/2012 | §341(a) Meeting Date: | 02/15/2011 |
| | | Claims Bar Date: | 06/01/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 765 Bristol Avenue, Westchester, IL 60154 | $149,500.00 | $0.00 | DA | $0.00 | FA |
| 2 | Checking Acct PNC Bank | $3,200.00 | $0.00 | DA | $0.00 | FA |
| 3 | Checking Acct PNC Bank (Business Acct) | $2,500.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking Acct PNC Bank | $900.00 | $0.00 | DA | $0.00 | FA |
| 5 | Used Household Goods and Furniture | $500.00 | $500.00 | DA | $0.00 | FA |
| 6 | Used Clothes | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | Whole Life Policy - Allstate Insurance - Payable to spouse | $3,411.74 | $0.00 | DA | $0.00 | FA |
| 8 | Pension (Wife) | $45,000.00 | $0.00 | DA | $0.00 | FA |
| 9 | 401k (Wife) | $15,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | Pension (Husband) | $3,600.00 | $0.00 | DA | $0.00 | FA |
| 11 | Boneta and Son Trucking, Inc. (Corp) | $250.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2003 Ford Windstar PIF | $2,175.00 | $0.00 | DA | $0.00 | FA |
| 13 | 2006 Dodge Caravan | $4,250.00 | $0.00 | DA | $0.00 | FA |
| 14 | 14 Foot Boat - 1973 Fishing Boat | $200.00 | $0.00 | DA | $0.00 | FA |
| 15 | 1997 International Cabover 600000+ miles | $3,000.00 | $0.00 | DA | $2,500.00 | FA |
| 16 | 2010 Federal Tax Refund    (u) | $0.00 | $2,564.00 | DA | $2,564.00 | FA |
| INT | Interest Asset | Unknown | Unknown | DA | $0.10 | Unknown |

| | | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | $234,486.74 | $3,064.00 | | $5,064.10 | $0.00 |

### Major Activities affecting case closing:

DA is not using proper exemptions, dpl wants objection to exemptions.  Need title to 1997 Cabover and we will want 2010 Taxes.  Debtor to pay equity or we will sell. Need insurance on cabover

TFR completed for Trustee's review.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2012 | /s/ DAVID LEIBOWITZ | |
| Current Projected Date Of Final Report (TFR): | 12/31/2012 | DAVID LEIBOWITZ | |

FORM 2

Case 10-57225   Doc 40   Filed 03/18/14   Entered 03/18/14 11:30:34   Desc Main
Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document   Page 7 of 10

| | | |
|---|---|---|
| Case No. | 10-57225-PSH | |
| Case Name: | BONETA, JORGE  AND BONETA, MARIBEL MARTINEZ | |
| Primary Taxpayer ID #: | ******2953 | |
| Co-Debtor Taxpayer ID #: | ******2954 | |
| For Period Beginning: | 12/29/2010 | |
| For Period Ending: | 5/10/2012 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******2501 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,564.10 | | $2,564.10 |
| 07/01/2011 | (15) | Boneta and Son Trucking INc. | | 1129-000 | $2,500.00 | | $5,064.10 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $5,063.30 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.11 | $5,056.19 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.15 | $5,048.04 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.40 | $5,039.64 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.60 | $5,032.04 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.85 | $5,024.19 |
| 12/01/2011 | 5001 | Jorge Boneta & Maribel Martinez Boneta | Entitled portion of Federal Tax Refund. | 8100-002 | | $21.07 | $5,003.12 |
| 02/07/2012 | 5002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $78.68 | $4,924.44 |
| 02/07/2012 | 5003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,254.30 | $3,670.14 |
| 02/07/2012 | 5004 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 2,104.86; Amount Allowed: 2,104.86;  Distribution Dividend: 7.17; | 7100-900 | | $150.97 | $3,519.17 |
| 02/07/2012 | 5005 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 5,178.45; Amount Allowed: 5,178.45;  Distribution Dividend: 7.17; | 7100-900 | | $371.40 | $3,147.77 |
| 02/07/2012 | 5006 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 450.42; Amount Allowed: 450.42;  Distribution Dividend: 7.17; | 7100-900 | | $32.30 | $3,115.47 |
| 02/07/2012 | 5007 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 10,435.36; Amount Allowed: 10,435.36; Distribution Dividend: 7.17; | 7100-900 | | $748.42 | $2,367.05 |
| 02/07/2012 | 5008 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 9,640.37; Amount Allowed: 9,640.37;  Distribution Dividend: 7.17; | 7100-900 | | $691.41 | $1,675.64 |
| 02/07/2012 | 5009 | PYOD LLC its successors and assigns as assignee of | Claim #: 7; Amount Claimed: 6,237.38; Amount Allowed: 6,237.38;  Distribution Dividend: 7.17; | 7100-000 | | $447.34 | $1,228.30 |
| 02/07/2012 | 5010 | PYOD LLC its successors and assigns as assignee of | Claim #: 8; Amount Claimed: 10,597.01; Amount Allowed: 10,597.01;  Distribution Dividend: 7.17; | 7100-900 | | $760.02 | $468.28 |
| 02/07/2012 | 5011 | PYOD LLC its successors and assigns as assignee of | Claim #: 9; Amount Claimed: 1,767.45; Amount Allowed: 1,767.45;  Distribution Dividend: 7.17; | 7100-900 | | $126.76 | $341.52 |
| 02/07/2012 | 5012 | GE Money Bank/Old Navy | Claim #: 10; Amount Claimed: 1,899.34; Amount Allowed: 1,899.34;  Distribution Dividend: 7.17; | 7100-900 | | $136.22 | $205.30 |
| 02/07/2012 | 5013 | GE Money Bank/ SELECT COMFORT/GEMB | Claim #: 11; Amount Claimed: 1,549.43; Amount Allowed: 1,549.43;  Distribution Dividend: 7.17; | 7100-900 | | $111.12 | $94.18 |

| | | | SUBTOTALS | | $5,064.10 | $4,969.92 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-57225-PSH | | | Trustee Name: | | David Leibowitz | |
|---|---|---|---|---|---|---|---|
| Case Name: | BONETA, JORGE  AND BONETA, MARIBEL MARTINEZ | | | Bank Name: | | Green Bank | |
| Primary Taxpayer ID #: | ******2953 | | | Checking Acct #: | | ******2501 | |
| Co-Debtor Taxpayer ID #: | ******2954 | | | Account Title: | | DDA | |
| For Period Beginning: | 12/29/2010 | | | Blanket bond (per case limit): | | $5,000,000.00 | |
| For Period Ending: | 5/10/2012 | | | Separate bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | 5014 | GE Money Bank/QCard | Claim #: 12; Amount Claimed: 1,313.18; Amount Allowed: 1,313.18;  Distribution Dividend: 7.17; | 7100-900 | | $94.18 | $0.00 |
| | | | **TOTALS:** | | $5,064.10 | $5,064.10 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,564.10 | $0.00 | |
| | | | **Subtotal** | | $2,500.00 | $5,064.10 | |
| | | | **Less: Payments to debtors** | | $0.00 | $21.07 | |
| | | | **Net** | | $2,500.00 | $5,043.03 | |

| For the period of  12/29/2010 to 5/10/2012 | | For the entire history of the account between 06/29/2011 to 5/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,500.00 | Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 | Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $2,564.10 | Total Internal/Transfer Receipts: | $2,564.10 |
| | | | |
| Total Compensable Disbursements: | $5,043.03 | Total Compensable Disbursements: | $5,043.03 |
| Total Non-Compensable Disbursements: | $21.07 | Total Non-Compensable Disbursements: | $21.07 |
| Total Comp/Non Comp Disbursements: | $5,064.10 | Total Comp/Non Comp  Disbursements: | $5,064.10 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

FORM 2

Case 10-57225   Doc 40   Filed 03/18/14   Entered 03/18/14 11:30:34   Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document    Page 9 of 10

Exhibit 9

| Case No. | 10-57225-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BONETA, JORGE AND BONETA, MARIBEL MARTINEZ | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2953 | Money Market Acct #: | ******7225 |
| Co-Debtor Taxpayer ID #: | ******2954 | Account Title: | |
| For Period Beginning: | 12/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/26/2011 | (16) | United States Treasury | | 1224-000 | $2,564.00 | | $2,564.00 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.10 | | $2,564.10 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,564.10 | $0.00 |
| | | | TOTALS: | | $2,564.10 | $2,564.10 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,564.10 | |
| | | | Subtotal | | $2,564.10 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,564.10 | $0.00 | |

**For the period of 12/29/2010 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,564.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,564.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,564.10 |

**For the entire history of the account between 05/26/2011 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,564.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,564.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,564.10 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-57225-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BONETA, JORGE  AND BONETA, MARIBEL MARTINEZ | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2953 | Money Market Acct #: | ******7225 |
| Co-Debtor Taxpayer ID #: | ******2954 | Account Title: | |
| For Period Beginning: | 12/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,064.10 | $5,064.10 | $0.00 |

**For the period of 12/29/2010 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,064.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,064.10 |
| Total Internal/Transfer Receipts: | $2,564.10 |
| | |
| Total Compensable Disbursements: | $5,043.03 |
| Total Non-Compensable Disbursements: | $21.07 |
| Total Comp/Non Comp  Disbursements: | $5,064.10 |
| Total Internal/Transfer  Disbursements: | $2,564.10 |

**For the entire history of the case between  12/29/2010 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,064.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,064.10 |
| Total Internal/Transfer Receipts: | $2,564.10 |
| | |
| Total Compensable Disbursements: | $5,043.03 |
| Total Non-Compensable Disbursements: | $21.07 |
| Total Comp/Non Comp  Disbursements: | $5,064.10 |
| Total Internal/Transfer  Disbursements: | $2,564.10 |